UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

JONATHAN SOTO

MAGISTRATE JUDGE: ___James B. Clark, III.___

MAGISTRATE NO.: ___15-3162___

DATE OF PROCEEDINGS: ___April 16, 2015___

DATE OF ARREST: ___4/16/2015___

PROCEEDINGS: ___Initial___

( ) COMPLAINT
(✓) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(✓) APPT. OF COUNSEL: ✓ AFPD ___ CJA
(✓) WAIVER OF HRG.: ✓ PRELIM ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(✓) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
(✓) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
   ( ) UNSECURED BOND
   ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.          DATE: _____
( ) DETENTION / BAIL HRG.               DATE: _____
( ) TRIAL:  ___ COURT  ___ JURY         DATE: _____
( ) SENTENCING                          DATE: _____
( ) OTHER: _____        DATE: _____

APPEARANCES:

AUSA ___Melissa Wangaheim, AUSA___

DEFT. COUNSEL ___Lisa Mack, AFPD___

PROBATION _____

INTERPRETER _____
   1. Language: (          )

Time Commenced: 2:20 pm
Time Terminated: 2:26 pm
CD No: Ecr