UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MAGISTRATE NO. 15-3162 |
| v. | : | |
| | : | ORDER |
| JONATHAN SOTO | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __16th__ day of __April__, 2015,

ORDERED that _____Lisa Mack, AFPD_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

JAMES B. CLARK, III.
United States Magistrate Judge