AO 92
(Rev. 6/83)

# COMMITMENT

# United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA V. JONATHAN SOTO | DISTRICT: New Jersey |
| | DOCKET NO. |
| | MAGISTRATE CASE NO. 15-3162 |

The above named defendant was arrested upon the complaint of

charging a violation of  18 USC § 2251

**DISTRICT OF OFFENSE**  New Jersey

**DATE OF OFFENSE**

**DESCRIPTION OF CHARGES:**

Child Pornography

**BOND IS FIXED AT**
$  Detained

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

_____April 16, 2015_____  
Date

_____  
United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |