AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ NEW JERSEY

UNITED STATES OF AMERICA
V.
JONATHAN SOTO

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 15-3162

I, _____ JONATHAN SOTO _____, charged in a ☐ complaint ☐ petition pending in this District _____ New Jersey _____ in violation of _____ 18 _____, U.S.C., _____ 2251 _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

*[Signature]*
Defendant

*[Signature]*
Counsel for Defendant

4/16/15
Date