UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Honorable James B. Clark, III |
| v. : | |
| : | Mag. No. 15-3162 |
| JONATHAN SOTO : | |
| : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Melissa M. Wangenheim, Assistant United States Attorney), and defendant Jonathan Soto (Lisa Mack, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this order is signed through and including June 30, 2015, this being the parties' first request for a continuance of time, and the defendants being aware that they have the right to have the matter submitted to a grand jury within 30 days of the date of their arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendants having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties may engage in plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7),

the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this 16th day of April, 2015

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including June 30, 2015; and it is further

ORDERED that the from the date this order is signed through and including June 30, 2015 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. JAMES B. CLARK, III
United States Magistrate Judge

Form and entry consented to:

_____
Melissa Wangenheim
Assistant United States Attorney

_____
Lisa Mack, Esq.
Counsel for Jonathan Soto